```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


_____
                                     )
JANE DOE NO. 1, JANE DOE NO. 2,      )
and JANE DOE NO. 3                   )
                Plaintiffs,          )
                                     )
v.                                   )  CIVIL ACTION
                                     )  NO.17-11069-PBS
BACKPAGE.COM, LLC, CARL FERRER,      )
MICHAEL LACEY, and JAMES LARKIN,     )
                                     )
                Defendants           )
_____)
```

**NOTICE**
June 12, 2017

Saris, Chief, U.S.D.J.

    Pursuant to 28 U.S.C. § 455(a), I inform the parties that Ropes & Gray provides my husband and me with personal accounting, trust/estate, tax, charitable and financial disclosure services.

    It is not representing me in any litigation, and I have been assured that there is an internal policy that no lawyer working on my personal matters will ever be involved in a case pending before me. The firm has also erected a Chinese wall barring access to my personal data.

    I am not required to disqualify myself from litigation in which Ropes & Gray appears pursuant to 28 U.S.C. § 455(b), but my impartiality might reasonably be questioned pursuant to 28

U.S.C. § 455(a). I am bringing this information to the attention of counsel so that they may inquire and, after consultation with the client, determine whether to waive any objections pursuant to 28 U.S.C. § 455(e). See Canon 3D of the Code of Conduct for United States Judges (remittal of disqualification); II Administrative Office of the U.S. Courts, *Guide to Judicial Policies and Procedures*, Ch. V, § 3.6-2 (June 15, 1999, revised through November 7, 2001) (compendium); In re Cargill, 66 F.3d 1256 (1st Cir. 1995). **Any objection should be filed by Friday, June 23, 2017.**

                                           **/s/ Patti B. Saris**
                                           PATTI B. SARIS
                                           Chief United States District Judge