# EXHIBIT A

**This case was appealed to**

01st Circuit: 15-1724

**This case was appealed to the US Supreme Court**

Supreme: 16-276, 16A49

# US District Court Civil Docket

**U.S. District - Massachusetts (Boston)**

## 1:14cv13870

### Doe (1) et al v. Backpage.Com, Llc et al

**This case was retrieved from the court on Tuesday, June 06, 2017**

| | | | |
|---|---|---|---|
| **Date Filed:** | 10/16/2014 | **Class Code:** | OPEN |
| **Assigned To:** | Judge Richard G. Stearns | **Closed:** | |
| **Referred To:** | | **Statute:** | 28:1331 |
| **Nature of suit:** | Other Statutory Actions (890) | **Jury Demand:** | Plaintiff |
| **Cause:** | Fed. Question | **Demand Amount:** | $0 |
| **Lead Docket:** | None | **NOS Description:** | Other Statutory Actions |
| **Other Docket:** | Supreme Court of the United States, 16-00276<br>USCA - First Circuit, 15-01724 | | |
| **Jurisdiction:** | Federal Question | | |

| Litigants | Attorneys |
|---|---|
| Jane Doe (1)<br>Plaintiff | Ching-Lee Fukuda<br>LEAD ATTORNEY;PRO HAC VICE;ATTORNEY TO BE NOTICED<br>Ropes & Gray LLP<br>1251 Avenue Of The Americas<br>New York, NY 10020<br>USA<br>212-596-9000<br> Fax: 646-728-2533<br> Email:Ching-Lee.Fukuda@ropesgray.Com<br><br>John T. Montgomery<br>LEAD ATTORNEY;ATTORNEY TO BE NOTICED<br>Ropes & Gray - MA<br>Prudential Tower 800 Boylston Street<br>Boston, MA 02199-3600<br>USA<br>617-951-7565 |

Copyright © 2017 LexisNexis CourtLink, Inc.   All Rights Reserved.
***THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY***

| | |
|---|---|
| | Fax: 617-951-7050<br>Email:Jmontgomery@ropesgray.Com |
| | Aaron M. Katz<br>ATTORNEY TO BE NOTICED<br>Ropes & Gray LLP - MA<br>Prudential Tower<br> 800 Boylston St.<br>Boston, MA 02199-3600<br>USA<br>617-951-7117<br> Email:Aaron.Katz@ropesgray.Com |
| | Christine Ezzell Singer<br>ATTORNEY TO BE NOTICED<br>Ropes & Gray LLP - NY<br>1211 Avenue Of The Americas<br>New York, NY 10036-8704<br>USA<br>212-596-9208<br> Email:Christine.Singer@ropesgray.Com |
| | Dara A. Reppucci<br>ATTORNEY TO BE NOTICED<br>Ropes & Gray LLP - MA<br>Prudential Tower<br> 800 Boylston St.<br>Boston, MA 02199-3600<br>USA<br>617-235-4687<br> Email:Dara.Reppucci@ropesgray.Com |
| | Jessica L. Soto<br>ATTORNEY TO BE NOTICED<br>Ropes & Gray - MA<br>Prudential Tower 800 Boylston Street<br>Boston, MA 02199-3600<br>USA<br>617-951-7739<br> Email:Jessica.Soto@ropesgray.Com |
| Mary Roe<br>Plaintiff<br>[Term: 06/11/2015] | John T. Montgomery<br>LEAD ATTORNEY;ATTORNEY TO BE NOTICED<br>Ropes & Gray - MA<br>Prudential Tower 800 Boylston Street<br>Boston, MA 02199-3600<br>USA<br>617-951-7565<br> Fax: 617-951-7050<br> Email:Jmontgomery@ropesgray.Com |
| | Aaron M. Katz<br>ATTORNEY TO BE NOTICED<br>Ropes & Gray LLP - MA<br>Prudential Tower<br> 800 Boylston St.<br>Boston, MA 02199-3600<br>USA<br>617-951-7117<br> Email:Aaron.Katz@ropesgray.Com |
| | Christine Ezzell Singer<br>ATTORNEY TO BE NOTICED<br>Ropes & Gray LLP - NY<br>1211 Avenue Of The Americas<br>New York, NY 10036-8704 |

Copyright © 2017 LexisNexis CourtLink, Inc.   All Rights Reserved.<br>***THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY***

|  |  |
|---|---|
|  | USA<br>212-596-9208<br>  Email:Christine.Singer@ropesgray.Com<br><br>Dara A. Reppucci<br>ATTORNEY TO BE NOTICED<br>Ropes & Gray LLP - MA<br>Prudential Tower<br> 800 Boylston St.<br>Boston, MA 02199-3600<br>USA<br>617-235-4687<br>  Email:Dara.Reppucci@ropesgray.Com<br><br>Jessica L. Soto<br>ATTORNEY TO BE NOTICED<br>Ropes & Gray - MA<br>Prudential Tower 800 Boylston Street<br>Boston, MA 02199-3600<br>USA<br>617-951-7739<br>  Email:Jessica.Soto@ropesgray.Com |
| Jane Doe (2)<br>Plaintiff | Ching-Lee Fukuda<br>LEAD ATTORNEY;PRO HAC VICE;ATTORNEY TO BE NOTICED<br>Ropes & Gray LLP<br>1251 Avenue Of The Americas<br>New York, NY 10020<br>USA<br>212-596-9000<br>  Fax: 646-728-2533<br>  Email:Ching-Lee.Fukuda@ropesgray.Com<br><br>John T. Montgomery<br>LEAD ATTORNEY;ATTORNEY TO BE NOTICED<br>Ropes & Gray - MA<br>Prudential Tower 800 Boylston Street<br>Boston, MA 02199-3600<br>USA<br>617-951-7565<br>  Fax: 617-951-7050<br>  Email:Jmontgomery@ropesgray.Com<br><br>Aaron M. Katz<br>ATTORNEY TO BE NOTICED<br>Ropes & Gray LLP - MA<br>Prudential Tower<br> 800 Boylston St.<br>Boston, MA 02199-3600<br>USA<br>617-951-7117<br>  Email:Aaron.Katz@ropesgray.Com<br><br>Christine Ezzell Singer<br>ATTORNEY TO BE NOTICED<br>Ropes & Gray LLP - NY<br>1211 Avenue Of The Americas<br>New York, NY 10036-8704<br>USA<br>212-596-9208<br>  Email:Christine.Singer@ropesgray.Com<br><br>Dara A. Reppucci<br>ATTORNEY TO BE NOTICED<br>Ropes & Gray LLP - MA |

Copyright © 2017 LexisNexis CourtLink, Inc.   All Rights Reserved.
***THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY***

|  |  |
|---|---|
|  | Prudential Tower<br> 800 Boylston St.<br>Boston, MA 02199-3600<br>USA<br>617-235-4687<br> Email:Dara.Reppucci@ropesgray.Com<br><br>Jessica L. Soto<br>ATTORNEY TO BE NOTICED<br>Ropes & Gray - MA<br>Prudential Tower 800 Boylston Street<br>Boston, MA 02199-3600<br>USA<br>617-951-7739<br> Email:Jessica.Soto@ropesgray.Com |
| Jane Doe (3)<br>Plaintiff | Ching-Lee Fukuda<br>LEAD ATTORNEY;PRO HAC VICE;ATTORNEY TO BE NOTICED<br>Ropes & Gray LLP<br>1251 Avenue Of The Americas<br>New York, NY 10020<br>USA<br>212-596-9000<br> Fax: 646-728-2533<br> Email:Ching-Lee.Fukuda@ropesgray.Com<br><br>John T. Montgomery<br>LEAD ATTORNEY;ATTORNEY TO BE NOTICED<br>Ropes & Gray - MA<br>Prudential Tower 800 Boylston Street<br>Boston, MA 02199-3600<br>USA<br>617-951-7565<br> Fax: 617-951-7050<br> Email:Jmontgomery@ropesgray.Com<br><br>Christine Ezzell Singer<br>ATTORNEY TO BE NOTICED<br>Ropes & Gray LLP - NY<br>1211 Avenue Of The Americas<br>New York, NY 10036-8704<br>USA<br>212-596-9208<br> Email:Christine.Singer@ropesgray.Com<br><br>Jessica L. Soto<br>ATTORNEY TO BE NOTICED<br>Ropes & Gray - MA<br>Prudential Tower 800 Boylston Street<br>Boston, MA 02199-3600<br>USA<br>617-951-7739<br> Email:Jessica.Soto@ropesgray.Com |
| Sam Loe<br>Plaintiff | John T. Montgomery<br>LEAD ATTORNEY;ATTORNEY TO BE NOTICED<br>Ropes & Gray - MA<br>Prudential Tower 800 Boylston Street<br>Boston, MA 02199-3600<br>USA<br>617-951-7565<br> Fax: 617-951-7050<br> Email:Jmontgomery@ropesgray.Com |
| Sara Loe | John T. Montgomery |

Copyright © 2017 LexisNexis CourtLink, Inc.   All Rights Reserved.
***THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY***

| | |
|---|---|
| Plaintiff | LEAD ATTORNEY;ATTORNEY TO BE NOTICED<br>Ropes & Gray - MA<br>Prudential Tower 800 Boylston Street<br>Boston, MA 02199-3600<br>USA<br>617-951-7565<br>  Fax: 617-951-7050<br>  Email:Jmontgomery@ropesgray.Com |
| Jane Doe<br>Plaintiff | |
| Backpage.Com, Llc<br>Defendant | Ambika K. Doran<br>LEAD ATTORNEY;PRO HAC VICE;ATTORNEY TO BE NOTICED<br>Davis Wright Tremaine LLP<br>1201 Third Ave., Suite 2200<br>Seattle, WA 98101<br>USA<br>(206) 757-8030<br>  Email:Ambikadoran@dwt.Com<br><br>James C. Grant<br>LEAD ATTORNEY;PRO HAC VICE;ATTORNEY TO BE NOTICED<br>Davis Wright Tremaine LLP<br>1201 Third Ave., Suite 2200<br>Seattle, WA 98101<br>USA<br>(206) 757-8096<br>  Email:Jimgrant@dwt.Com<br><br>Robert A. Bertsche<br>LEAD ATTORNEY;ATTORNEY TO BE NOTICED<br>Prince Lobel Tye LLP<br>100 Cambridge Street Suite 2200<br>Boston, MA 02114<br>USA<br>617-456-8018<br>  Fax: 617-456-8100<br>  Email:Rbertsche@princelobel.Com<br><br>Jeffrey Jackson Pyle<br>ATTORNEY TO BE NOTICED<br>Prince Lobel Tye LLP<br>Suite 3700<br>  One International Place<br>Boston, MA 02110<br>USA<br>617-456-8143<br>  Fax: 617-456-8100<br>  Email:Jpyle@princelobel.Com |
| Camarillo Holdings, Llc<br>Defendant | Robert A. Bertsche<br>LEAD ATTORNEY;ATTORNEY TO BE NOTICED<br>Prince Lobel Tye LLP<br>100 Cambridge Street Suite 2200<br>Boston, MA 02114<br>USA<br>617-456-8018<br>  Fax: 617-456-8100<br>  Email:Rbertsche@princelobel.Com<br><br>Jeffrey Jackson Pyle<br>ATTORNEY TO BE NOTICED<br>Prince Lobel Tye LLP |

Copyright © 2017 LexisNexis CourtLink, Inc.   All Rights Reserved.
***THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY***

| | |
|---|---|
| | Suite 3700<br>One International Place<br>Boston, MA 02110<br>USA<br>617-456-8143<br>Fax: 617-456-8100<br>Email:Jpyle@princelobel.Com |
| New Times Media, Llc<br>Defendant | Robert A. Bertsche<br>LEAD ATTORNEY;ATTORNEY TO BE NOTICED<br>Prince Lobel Tye LLP<br>100 Cambridge Street Suite 2200<br>Boston, MA 02114<br>USA<br>617-456-8018<br>Fax: 617-456-8100<br>Email:Rbertsche@princelobel.Com |
| | Jeffrey Jackson Pyle<br>ATTORNEY TO BE NOTICED<br>Prince Lobel Tye LLP<br>Suite 3700<br>One International Place<br>Boston, MA 02110<br>USA<br>617-456-8143<br>Fax: 617-456-8100<br>Email:Jpyle@princelobel.Com |
| Commonwealth of Massachusetts Office of The Attorney General<br>Amicus | Genevieve C. Nadeau<br>LEAD ATTORNEY;ATTORNEY TO BE NOTICED<br>Office of the Attorney General Martha Coakley<br>One Ashburton Place<br>Boston, MA 02108<br>USA<br>617-963-2121<br>Fax: 617-727-5762<br>Email:Genevieve.Nadeau@state.Ma.Us |
| City And County of San Francisco<br>Amicus | Mark D. Lipton<br>ATTORNEY TO BE NOTICED<br>Office of the City Attorney<br>1390 Market Street<br>6th Flr<br>San Francisco, CA 94102<br>USA<br>415-554-4218<br>Email:Mark.Lipton@sfgov.Org |
| Electronic Frontier Foundation<br>Amicus | Christopher Cody Walsh<br>LEAD ATTORNEY;ATTORNEY TO BE NOTICED<br>Electronic Frontier Foundation<br>815 Eddy Street<br>San Francisco, CA 94109<br>USA<br>415) 436-9333<br>Email:Kit@eff.Org |
| Center For Democracy & Technology<br>Amicus | Christopher Cody Walsh<br>LEAD ATTORNEY;ATTORNEY TO BE NOTICED<br>Electronic Frontier Foundation<br>815 Eddy Street<br>San Francisco, CA 94109<br>USA<br>415) 436-9333<br>Email:Kit@eff.Org |

Copyright © 2017 LexisNexis CourtLink, Inc.   All Rights Reserved.
***THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY***

| Eric Goldman | Christopher Cody Walsh |
|---|---|
| Amicus | LEAD ATTORNEY;ATTORNEY TO BE NOTICED |
| | Electronic Frontier Foundation |
| | 815 Eddy Street |
| | San Francisco, CA 94109 |
| | USA |
| | 415) 436-9333 |
| | Email:Kit@eff.Org |

| Date | # | Proceeding Text |
|---|---|---|
| 10/16/2014 | 1 | COMPLAINT against New Times Media, LLC, Backpage.com, LLC, Camarillo Holdings, LLC Filing fee: $ 400, receipt number 0101-5234738 (Fee Status: Filing Fee paid), filed by Jane Doe (1), Jane Doe (2), Mary Roe. (Attachments: # 1 Civil Cover Sheet, # 2 Civil Category sheet)(Montgomery, John) (Entered: 10/16/2014) |
| 10/16/2014 | 2 | MOTION to Proceed Anonymously   by Jane Doe (1), Jane Doe (2), Mary Roe.(Montgomery, John) (Entered: 10/16/2014) |
| 10/16/2014 | 3 | MEMORANDUM in Support re 2 MOTION to Proceed Anonymously   filed by Jane Doe (1), Jane Doe (2), Mary Roe. (Montgomery, John) (Entered: 10/16/2014) |
| 10/16/2014 | 4 | ELECTRONIC NOTICE of Case Assignment. Judge Richard G. Stearns assigned to case. If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Robert B. Collings. (Abaid, Kimberly) (Entered: 10/16/2014) |
| 10/17/2014 | 5 | Judge Richard G. Stearns: ELECTRONIC ORDER entered granting 2 plaintiffs' Motion for Leave to Proceed Anonymously. (Zierk, Marsha) (Entered: 10/17/2014) |
| 10/17/2014 | 6 | Summons Issued as to All Defendants. Counsel receiving this notice electronically should download this summons, complete one for each defendant and serve it in accordance with Fed.R.Civ.P. 4 and LR 4.1. Summons will be mailed to plaintiff(s) not receiving notice electronically for completion of service. (Flaherty, Elaine) (Entered: 10/17/2014) |
| 10/22/2014 | 7 | NOTICE of Appearance by Dara A. Reppucci on behalf of Jane Doe (1), Jane Doe (2), Mary Roe (Reppucci, Dara) (Entered: 10/22/2014) |
| 10/22/2014 | 8 | NOTICE of Appearance by Aaron M. Katz on behalf of Jane Doe (1), Jane Doe (2), Mary Roe (Katz, Aaron) (Entered: 10/22/2014) |
| 11/06/2014 | 9 | AMENDED COMPLAINT   against All Defendants, filed by Jane Doe (1), Jane Doe (2), Mary Roe, Jane Doe (3), Sam Loe, Sara Loe.(Montgomery, John) (Entered: 11/06/2014) |
| 11/06/2014 | 10 | MOTION for Leave to Proceed Anonymously   by Jane Doe (3), Sam Loe, Sara Loe.(Montgomery, John) (Entered: 11/06/2014) |
| 11/07/2014 | 11 | Judge Richard G. Stearns: ELECTRONIC ORDER entered granting 10 Motion to proceed anonymously (Flaherty, Elaine) (Entered: 11/07/2014) |
| 11/18/2014 | 12 | NOTICE of Appearance by Jeffrey Jackson Pyle on behalf of Backpage.com, LLC, Camarillo Holdings, LLC, New Times Media, LLC (Pyle, Jeffrey) (Entered: 11/18/2014) |
| 11/18/2014 | 13 | NOTICE of Appearance by Robert A. Bertsche on behalf of Backpage.com, LLC, Camarillo Holdings, LLC, New Times Media, LLC (Bertsche, Robert) (Entered: 11/18/2014) |
| 11/18/2014 | 14 | WAIVER OF SERVICE Returned Executed by Sara Loe, Jane Doe (3), Jane Doe (2), Mary Roe, Sam Loe, Jane Doe (1). (Montgomery, John) (Entered: 11/18/2014) |
| 11/18/2014 | 15 | Joint MOTION for Entry of Briefing Schedule   by Jane Doe (1), Jane Doe (2), Jane Doe (3), Sam Loe, Sara Loe, Mary Roe.(Montgomery, John) (Entered: 11/18/2014) |
| 11/19/2014 | 16 | Judge Richard G. Stearns: ELECTRONIC ORDER entered granting in part and denying in part 15 Motion for Entry of Briefing Schedule. Defendants will answer or otherwise respond to the First Amended Complaint on or before January 16, 2015. If a motion to dismiss is filed, plaintiffs will file any opposition by February 13, 2015; defendants may file a reply brief by February 23, 2015, and will permit a sur-reply by March 5, 2015. Parties may file initial memoranda up to 30 pages in length -- reply and sur-reply up to 10 pages. (Zierk, Marsha) (Entered: 11/19/2014) |

Copyright © 2017 LexisNexis CourtLink, Inc.   All Rights Reserved.
***THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY***

| Date | # | Description |
|---|---|---|
| 11/25/2014 | 17 | Assented to MOTION for Leave to Appear Pro Hac Vice for admission of James C. Grant and Ambika Kumar Doran Filing fee: $ 200, receipt number 0101-5297120 by Backpage.com, LLC, Camarillo Holdings, LLC, New Times Media, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Pyle, Jeffrey) (Entered: 11/25/2014) |
| 11/25/2014 | 18 | CORPORATE DISCLOSURE STATEMENT by Backpage.com, LLC, Camarillo Holdings, LLC, New Times Media, LLC. (Pyle, Jeffrey) (Entered: 11/25/2014) |
| 12/01/2014 | 19 | Judge Richard G. Stearns: ELECTRONIC ORDER entered granting 17 Motion for Leave to Appear Pro Hac Vice   (Flaherty, Elaine) (Entered: 12/01/2014) |
| 12/29/2014 | 20 | MOTION to Amend the Complaint (unopposed) by Jane Doe (1), Jane Doe (2), Jane Doe (3), Sam Loe, Sara Loe, Mary Roe. (Attachments: # 1 Exhibit A)(Montgomery, John) (Entered: 12/29/2014) |
| 12/29/2014 | 21 | Judge Richard G. Stearns: ELECTRONIC ORDER entered granting 20 Motion to Amend complaint (Flaherty, Elaine) (Entered: 12/29/2014) |
| 12/29/2014 | 22 | AMENDED COMPLAINT (Second) against New Times Media, LLC, Backpage.com, LLC, Camarillo Holdings, LLC, filed by Jane Doe (1), Jane Doe (2), Jane Doe (3), Sam Loe, Sara Loe, Mary Roe.(Montgomery, John) (Entered: 12/29/2014) |
| 01/16/2015 | 23 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM   by Backpage.com, LLC, Camarillo Holdings, LLC, New Times Media, LLC.(Bertsche, Robert) (Entered: 01/16/2015) |
| 01/16/2015 | 24 | MEMORANDUM in Support re 23 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM   filed by Backpage.com, LLC, Camarillo Holdings, LLC, New Times Media, LLC. (Bertsche, Robert) (Entered: 01/16/2015) |
| 02/13/2015 | 25 | Opposition re 23 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM   filed by Jane Doe (1), Jane Doe (2), Jane Doe (3). (Montgomery, John) (Entered: 02/13/2015) |
| 02/19/2015 | 26 | MOTION for Leave to File to Appear and File Brief of Amici Curiae City and County of San Francisco, City of Atlanta, City and County of Denver, City of Houston, City of Philadelphia and City of Portland in Support of Plaintiffs by City and County of San Francisco. (Attachments: # 1 Exhibit A)(Lipton, Mark) (Entered: 02/19/2015) |
| 02/20/2015 | 27 | Judge Richard G. Stearns: ELECTRONIC ORDER entered granting 26 Motion for Leave to File Document ; Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. Counsel must include - Leave to file granted on (date of order)- in the caption of the document. (RGS, int2) (Entered: 02/20/2015) |
| 02/20/2015 | 28 | MOTION for Leave to File Amicus Curiae Brief by Commonwealth of Massachusetts Office of the Attorney General. (Attachments: # 1 Exhibit Brief of Amicus Curiae Commonwealth of Masschusetts in Support of Plaintiffs)(Nadeau, Genevieve) (Entered: 02/20/2015) |
| 02/20/2015 | 29 | Judge Richard G. Stearns: ELECTRONIC ORDER entered granting 28 Motion for Leave to File Document ; Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. Counsel must include - Leave to file granted on (date of order)- in the caption of the document. (RGS, int2) (Entered: 02/20/2015) |
| 02/20/2015 | 30 | AMICUS BRIEF filed by Commonwealth of Massachusetts Office of the Attorney General . (Nadeau, Genevieve) (Entered: 02/20/2015) |
| 02/20/2015 | 31 | AMICUS BRIEF filed by City and County of San Francisco (Leave to File Granted February 20, 2015). (Lipton, Mark) (Entered: 02/20/2015) |
| 02/23/2015 | 32 | REPLY to Response to 23 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM   filed by Backpage.com, LLC, Camarillo Holdings, LLC, New Times Media, LLC. (Bertsche, Robert) (Entered: 02/23/2015) |
| 02/25/2015 | 33 | Notice of Supplemental Authorities re 23 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM   filed by Backpage.com, LLC, Camarillo Holdings, LLC, New Times Media, LLC. (Attachments: # 1 Exhibit A)(Bertsche, Robert) (Entered: 02/25/2015) |
| 02/27/2015 | 34 | ELECTRONIC NOTICE Setting Hearing on 23 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM   : Motion Hearing set for 4/3/2015 at 2:00 PM in Courtroom 21 before Judge Richard G. |

Copyright © 2017 LexisNexis CourtLink, Inc.   All Rights Reserved.
***THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY***

|            |    |                                                                                                                                                                                                                                                                                                                                                                                                                                                      |
|------------|----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |    | Stearns. (Seelye, Terri) (Entered: 02/27/2015)                                                                                                                                                                                                                                                                                                                                                                                                       |
| 03/05/2015 | 35 | SUR-REPLY to Motion re 23 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM    filed by Jane Doe (1), Jane Doe (2), Jane Doe (3). (Montgomery, John) (Entered: 03/05/2015)                                                                                                                                                                                                                                                                               |
| 03/06/2015 | 36 | ELECTRONIC NOTICE Resetting, due to a court conflict, Hearing on 23 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM   : Motion Hearing RESET for 4/15/2015 at 2:00 PM in Courtroom 21 before Judge Richard G. Stearns. (Seelye, Terri) (Entered: 03/06/2015)                                                                                                                                                                                            |
| 03/06/2015 | 37 | NOTICE of Appearance by Jessica L. Soto on behalf of Jane Doe (1), Jane Doe (2), Jane Doe (3), Mary Roe (Soto, Jessica) (Entered: 03/06/2015)                                                                                                                                                                                                                                                                                                         |
| 03/09/2015 | 38 | NOTICE of Appearance by Christopher Cody Walsh on behalf of Electronic Frontier Foundation, Center for Democracy &amp; Technology, Eric Goldman (Walsh, Christopher) (Entered: 03/09/2015)                                                                                                                                                                                                                                                            |
| 03/09/2015 | 39 | MOTION for Leave to File Brief Amici Curiae by Center for Democracy &amp; Technology, Electronic Frontier Foundation, Eric Goldman. (Attachments: # 1 Amicus Brief)(Walsh, Christopher) (Entered: 03/09/2015)                                                                                                                                                                                                                                         |
| 03/10/2015 | 40 | Judge Richard G. Stearns: ELECTRONIC ORDER entered granting 39 Motion for Leave to File Document ; Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. Counsel must include - Leave to file granted on (date of order)- in the caption of the document. (RGS, int2) (Entered: 03/10/2015)                                  |
| 03/10/2015 | 41 | AMICUS BRIEF filed by Center for Democracy &amp; Technology, Electronic Frontier Foundation, Eric Goldman . (Walsh, Christopher) (Entered: 03/10/2015)                                                                                                                                                                                                                                                                                                |
| 03/23/2015 | 42 | MOTION for Leave to File Response to Briefs of Amici (Unopposed) by Backpage.com, LLC, Camarillo Holdings, LLC, New Times Media, LLC. (Attachments: # 1 Proposed Response)(Bertsche, Robert) (Entered: 03/23/2015)                                                                                                                                                                                                                                    |
| 03/24/2015 | 43 | Judge Richard G. Stearns: ELECTRONIC ORDER entered granting 42 Motion for Leave to File Document ; Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. Counsel must include - Leave to file granted on (date of order)- in the caption of the document. If Plaintiffs intend to file a response to the amicus brief supporting defendant's motion to dismiss, it must be filed prior to close of business on Monday, March 30, 2015. (RGS, int2) (Entered: 03/24/2015) |
| 03/24/2015 | 44 | NOTICE: Each side will be permitted 45 minutes to present their case. The parties have the option to allow the amicus parties to argue using part of the allotted 45 minutes. re 36 (Seelye, Terri) (Entered: 03/24/2015)                                                                                                                                                                                                                             |
| 03/25/2015 | 45 | REPLY to Response to 23 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM   /Response to Briefs of Amici Curiae filed by Backpage.com, LLC, Camarillo Holdings, LLC, New Times Media, LLC. (Bertsche, Robert) (Entered: 03/25/2015)                                                                                                                                                                                                                      |
| 03/30/2015 | 46 | MOTION to Strike or Disregard Portions of Defendants' Response to Briefs of Amici Curiae by Jane Doe (1), Jane Doe (2), Jane Doe (3).(Montgomery, John) (Entered: 03/30/2015)                                                                                                                                                                                                                                                                         |
| 04/01/2015 | 47 | Judge Richard G. Stearns: ELECTRONIC ORDER entered denying 46 Motion to Strike without prejudice. At the motion to dismiss stage, the court will only consider facts properly pled in the complaint, and documents the authenticity of which are not disputed by the parties; [] official public records; [] documents central to plaintiffs claim; or [] documents sufficiently referred to in the complaint. See Alt. Energy, Inc. v. St. Paul Fire and Marine Ins. Co., 267 F.3d 30, 33 (1st Cir. 2001). (RGS, int2) (Entered: 04/01/2015) |
| 04/03/2015 | 48 | NOTICE of Appearance by Christine Ezzell Singer on behalf of Jane Doe (1), Jane Doe (2), Jane Doe (3), Mary Roe (Singer, Christine) (Entered: 04/03/2015)                                                                                                                                                                                                                                                                                             |
| 04/06/2015 | 49 | MOTION for Leave to Appear Pro Hac Vice for admission of Ching-Lee Fukuda Filing fee: $ 100, receipt number 0101-5498838 by Jane Doe (1), Jane Doe (2), Jane Doe (3). (Attachments: # 1 Certification Of Ching-Lee Fukuda)(Montgomery, John) (Entered: 04/06/2015)                                                                                                                                                                                    |
| 04/07/2015 | 50 | Judge Richard G. Stearns: ELECTRONIC ORDER entered granting 49 Motion for Leave to Appear Pro                                                                                                                                                                                                                                                                                                                                                         |

Copyright © 2017 LexisNexis CourtLink, Inc.   All Rights Reserved.
***THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY***

|  |  |  |
|---|---|---|
|  |  | Hac Vice Added Fukuda. Attorneys admitted Pro Hac Vice must register for electronic filing if the attorney does not already have an ECF account in this district. To register go to the Court website at www.mad.uscourts.gov. Select Case Information, then Electronic Filing (CM/ECF) and go to the CM/ECF Registration Form.   (Flaherty, Elaine) (Entered: 04/07/2015) |
| 04/07/2015 | 51 | Second Notice of Supplemental Authorities re 23 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM    filed by Backpage.com, LLC, Camarillo Holdings, LLC, New Times Media, LLC. (Attachments: # 1 Exhibit A)(Bertsche, Robert) (Entered: 04/07/2015) |
| 04/15/2015 | 52 | ELECTRONIC Clerk's Notes for proceedings held before Judge Richard G. Stearns: Motion Hearing held on 4/15/2015 re 23 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM   filed by New Times Media, LLC, Camarillo Holdings, LLC, Backpage.com, LLC. The court has taken the matter under advisement. (Court Reporter: James Gibbons at jmsgibbons@yahoo.com.)(Attorneys present: Montgomery, Fukuda, and Reppucci for plaintiffs; Grant, Bertsche, Pyle, and McDougall for defendants) (RGS, int2) (Entered: 04/15/2015) |
| 05/15/2015 | 53 | Judge Richard G. Stearns: ORDER entered granting 23 Motion to Dismiss for Failure to State a Claim. "For the foregoing reasons, defendants' motion to dismiss the Second Amended Complaint is ALLOWED. The Clerk is directed to enter judgment accordingly and close this case." (RGS, int2) (Entered: 05/15/2015) |
| 05/15/2015 | 54 | Judge Richard G. Stearns: JUDGMENT for defendant, ENTERED. (Flaherty, Elaine) (Entered: 05/15/2015) |
| 06/10/2015 | 55 | MOTION to Substitute Party (Unopposed) by Jane Doe (1).(Montgomery, John) (Entered: 06/10/2015) |
| 06/11/2015 | 56 | Judge Richard G. Stearns: ELECTRONIC ORDER entered granting 55 Motion to Substitute Party. Mary Roe terminated, Jane Doe added (Flaherty, Elaine) (Entered: 06/11/2015) |
| 06/15/2015 | 57 | NOTICE OF APPEAL as to 54 Judgment, 53 Order on Motion to Dismiss for Failure to State a Claim, by Jane Doe (1), Jane Doe (2), Jane Doe (3), Sam Loe, Sara Loe Filing fee: $ 505, receipt number 0101-5608657 Fee Status: Not Exempt. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov MUST be completed and submitted to the Court of Appeals.   Counsel shall register for a First Circuit CM/ECF Appellate Filer Account at http://pacer.psc.uscourts.gov/cmecf. Counsel shall also review the First Circuit requirements for electronic filing by visiting the CM/ECF Information section at http://www.ca1.uscourts.gov/cmecf. US District Court Clerk to deliver official record to Court of Appeals by 7/6/2015. (Montgomery, John) (Entered: 06/15/2015) |
| 06/15/2015 | 58 | Certified and Transmitted Abbreviated Electronic Record on Appeal to US Court of Appeals re 57 Notice of Appeal. (Paine, Matthew) (Entered: 06/15/2015) |
| 06/16/2015 | 59 | USCA Case Number 15-1724 for 57 Notice of Appeal filed by Sara Loe, Sam Loe, Jane Doe (1), Jane Doe (2), Jane Doe (3). (Paine, Matthew) (Entered: 06/16/2015) |
| 06/18/2015 | 60 | TRANSCRIPT ORDER FORM by Jane Doe (1), Jane Doe (2), Jane Doe (3), Sam Loe, Sara Loe for proceedings held on April 15, 2015 before Judge Richard G. Stearns, (Montgomery, John) (Entered: 06/18/2015) |
| 06/19/2015 | 61 | TRANSCRIPT ORDER ACKNOWLEDGMENT FORM received from USCA and addressed to James Gibbons re 57 Notice of Appeal,,,, Transcript order form filed in USCA on June 19, 2015. Transcript ordered: April 15, 2015 Motion Hearing. Transcript due by 8/18/2015. (Scalfani, Deborah) (Entered: 06/19/2015) |
| 08/17/2015 | 62 | Transcript of Hearing on Motion to Dismiss held on April 15, 2015, before Judge Richard G. Stearns. COA Case No. 15-1724. The Transcript may be purchased through the Court Reporter, viewed at the public terminal, or viewed through PACER after it is released. Court Reporter Name and Contact Information: James Gibbons at jmsgibbons@yahoo.com Redaction Request due 9/7/2015. Redacted Transcript Deadline set for 9/17/2015. Release of Transcript Restriction set for 11/16/2015. (Scalfani, Deborah) (Entered: 08/17/2015) |
| 08/17/2015 | 63 | NOTICE is hereby given that an official transcript of a proceeding has been filed by the court reporter in the above-captioned matter. Counsel are referred to the Court's Transcript Redaction Policy, available on the court website at http://www.mad.uscourts.gov/attorneys/general-info.htm (Scalfani, Deborah) (Entered: 08/17/2015) |

Copyright © 2017 LexisNexis CourtLink, Inc.   All Rights Reserved.
***THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY***

| Date | No. | Description |
|---|---|---|
| 09/01/2015 | 64 | Assented to MOTION To Supplement The Record On Appeal Pursuant to Fed. R. App. P. 10(e) by Jane Doe (1), Jane Doe (2), Jane Doe (3), Sam Loe, Sara Loe.(Montgomery, John) (Entered: 09/01/2015) |
| 09/02/2015 | 65 | Judge Richard G. Stearns: ELECTRONIC ORDER entered granting 64 Motion to supplement record on appeal (RGS, int2) (Entered: 09/02/2015) |
| 03/15/2016 | 66 | OPINION of USCA as to 57 Notice of Appeal,,,, filed by Sara Loe, Sam Loe, Jane Doe (1), Jane Doe (2), Jane Doe (3). (Danieli, Chris) (Entered: 03/16/2016) |
| 03/15/2016 | 67 | USCA Judgment as to 57 Notice of Appeal,,,, filed by Sara Loe, Sam Loe, Jane Doe (1), Jane Doe (2), Jane Doe (3) (Danieli, Chris) (Entered: 03/16/2016) |
| 05/11/2016 | 68 | MANDATE of USCA as to 57 Notice of Appeal filed by Sara Loe, Sam Loe, Jane Doe (1), Jane Doe (2), Jane Doe (3). Appeal 57 Terminated (Paine, Matthew) (Entered: 05/12/2016) |
| 09/01/2016 | 69 | Case Appealed to Supreme Court of the United States, Case Number 16-276. (Paine, Matthew) Modified on 9/9/2016 to Correct Filing Date (Paine, Matthew). (Entered: 09/09/2016) |
| 01/09/2017 | 70 | Order entered from the U.S. Supreme Court. The Petition for a Writ of Certiorari is Denied. (Paine, Matthew) (Entered: 01/26/2017) |

Copyright © 2017 LexisNexis CourtLink, Inc.   All Rights Reserved.
***THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY***