## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JANE DOE NO. 1, JANE DOE NO. 2, and JANE DOE NO. 3, <br><br> Plaintiffs, <br><br> v. <br><br> BACKPAGE.COM, LLC, CARL FERRER, MICHAEL LACEY, and JAMES LARKIN, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Docket No. C.A. 17-cv-11069-LTS <br> ) <br> ) <br> ) <br> ) |

## [Proposed] STIPULATION AND ORDER

It is stipulated by and between the undersigned parties, by their respective attorneys, as follows:

1. The Protective Order entered in this case on July 24, 2017 (Dkt. No. 28) (the "Order") shall be expanded to protect from disclosure, except under the circumstances provided under the Order, any information produced by a Plaintiff in connection with the Court's order of January 16, 2018, including but not limited to names, email addresses or phone numbers, that were or may have been used in connection with advertisements of a Plaintiff, from which a person could identify a Plaintiff or any trafficker described in the Complaint.

2. The Order also shall be expanded to protect from disclosure, except under the circumstances provided under the Order, any document or information produced by a Defendant in connection with the Court's order of January 16, 2018, that is confidential in nature.

3. Paragraphs 2-4 of the Order shall be modified, with emphasis added for the sake of the clarity of this Stipulation and Order to any new or modified language, and new Paragraph 5 shall be added, as follows:

"2. The Defendants' Counsel shall keep private and confidential and shall not disclose or otherwise make known **(i)** the Names, ~~except as expressly set forth in this Order,~~ **or (ii) any identifying information produced by a Plaintiff, including but not limited to names, email addresses, home addresses, phone numbers, and photographs, videos, or other images that were or may have been used in connection with advertisements of a Plaintiff, or from which a person could identify a Plaintiff or any trafficker described in the Complaint (the "Identifying Information"),** except as expressly set forth in this Order.

> a. The Defendants' Counsel may share the Names **and/or the Identifying Information** with the Defendants and with any employee of Backpage.com, LLC, whose knowledge of the Names **and/or the Identifying Information** is reasonably necessary to the defense of this action. **Before any individual receives any Names and/or Identifying Information under this subparagraph, that individual shall complete the certification contained in Attachment A, Acknowledgment of Understanding and Agreement to Be Bound.**
>
> b. The Defendants' Counsel may also share the Names **and/or the Identifying Information** with their partners, associates, and paralegals who are directly and substantively involved in the defense of this action and with co-counsel, outside general counsel, and other counsel who are directly and substantively involved in the defense of this action.

3. The Defendants with the agreement of the Plaintiff's Counsel may, or by motion may seek to, expand this Order to permit the Defendants' Counsel to disclose the Names **and/or the Identifying Information** to additional individuals or entities whose knowledge of the Names **and/or the Identifying Information** is reasonably necessary to the defense of this action.

4. Except as set forth in paragraph 2 above, Defendants' Counsel and all entities and individuals with whom the Names **and/or the Identifying Information** are shared pursuant to

2

this Order shall keep the information private and confidential, shall not disclose or otherwise make known the Names **and/or the Identifying Information**, and shall use the Names **and/or the Identifying Information** only for the purpose of the defense of this action, except as permitted by further order of this Court."

5. Either Plaintiffs or Defendants may designate documents or information as "Confidential" by stamping "CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER" on such material; or if such material is produced in native form, by stamping "CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER" on any accompanying coverpage or slipsheet; or if such material is provided orally, by stamping "CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER" on any transcription thereof. Inadvertent failure to designate material as Confidential, or to stamp every page of a multi-page document "CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER," shall not be deemed a waiver of any claim of confidentiality as to such matter, and the same thereafter may be corrected by supplemental written notice. All Confidential material furnished by either Plaintiffs or Defendants shall be used by the receiving party for the purposes of this action, and may not be disclosed for any purpose unrelated to this action.

Dated: January 25, 2018

| FOR JANE DOE NO. 1, JANE DOE NO. 2, and JANE DOE NO. 3 | FOR BACKPAGE.COM, LLC, CARL FERRER, MICHAEL LACEY, and JAMES LARKIN |
|---|---|
| /s/ John T. Montgomery | /s/ Jeffrey J. Pyle |
| John T. Montgomery (BBO #352220) | Robert Corn-Revere (*pro hac vice*) |
| Aaron M. Katz (BBO #662457) | bobcornrevere@dwt.com |
| Jessica L. Soto (BBO #683145) | Ronald G. London (*pro hac vice*) |
| Rebecca C. Ellis (BBO #685729) | ronnielondon@dwt.com |
| Matthew D. LaBrie (BBO #693698) | DAVIS WRIGHT TREMAINE LLP |
| ROPES & GRAY LLP | 1919 Pennsylvania Avenue NW, Suite 800 |
| 800 Boylston Street | Washington, D.C. 20006 |
| Boston, MA 02199 | Tel: (202) 973-4225 |
| T: (617) 951-7000 | |
| Email: john.montgomery@ropesgray.com | James C. Grant (*pro hac vice*) |
| aaron.katz@ropesgray.com | jimgrant@dwt.com |
| jessica.soto@ropesgray.com | DAVIS WRIGHT TREMAINE LLP |
| rebecca.ellis@ropesgray.com | 1201 Third Avenue, Suite 2200 |
| matthew.labrie@ropesgray.com | Seattle, WA 98101 |
| | Telephone: (206) 622-3150 |
| Christine Ezzell Singer (BBO #681525) | Robert A. Bertsche (BBO #554333) |
| Jolene L. Wang (*pro hac vice*) | rbertsche@princelobel.com |
| ROPES & GRAY LLP | Jeffrey J. Pyle (BBO #647438) |
| 1211 Avenue of the Americas | jpyle@princelobel.com |
| New York, NY 10036 | PRINCE LOBEL TYE LLP |
| T: (212) 596-9000 | One International Place, Suite 3700 |
| Email: christine.singer@ropesgray.com | Boston, Massachusetts 02110 |
| jolene.wang@ropesgray.com | Tel: (617) 456-8018 |

IT IS SO ORDERED.

/s/ Leo T. Sorokin
HON. LEO T. SOROKIN
U.S. DISTRICT JUDGE
DISTRICT OF MASSACHUSETTS

Dated: January 26, 2018

4

ATTACHMENT A

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JANE DOE NO. 1, JANE DOE NO. 2, and JANE DOE NO. 3,<br><br>Plaintiffs,<br><br>v.<br><br>BACKPAGE.COM, LLC, CARL FERRER, MICHAEL LACEY, and JAMES LARKIN,<br><br>Defendants. | Docket No. 1:17-cv-11069-LTS |

## ACKNOWLEDGMENT OF UNDERSTANDING
## AND
## AGREEMENT TO BE BOUND

The undersigned hereby acknowledges that he/she has read the Protective Order dated _____ in the above-captioned action and attached hereto, understands the terms thereof, and agrees to be bound by its terms. The undersigned submits to the jurisdiction of the United States District Court for the District of Massachusetts in matters relating to the Protective Order and understands that the terms of the Protective Order obligate him/her to use materials designated in accordance with the Order solely for the purposes of the above-captioned action, and not to disclose any such materials or information derived therefrom to any other person, firm, or concern.

5

The undersigned acknowledges that a violation of the Protective Order may result in penalties for contempt of court.

Name: _____

Job Title: _____

Employer: _____

Business Address: _____

_____

_____

Signature: _____

Date: _____

6