**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JANE DOE NO. 1, JANE DOE NO. 2, and JANE DOE NO. 3,<br><br>Plaintiffs,<br><br>v.<br><br>BACKPAGE.COM, LLC, CARL FERRER, MICHAEL LACEY, and  JAMES LARKIN,<br><br>Defendants. | Docket No. 17-cv-11069-LTS |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that the undersigned counsel, Christine Ezzell Singer, hereby

withdraws her appearance as counsel of record for Plaintiffs Jane Doe No. 1, Jane Doe No. 2,

and Jane Doe No. 3 because Ms. Singer will be leaving the law firm of Ropes & Gray LLP.  All

remaining Ropes & Gray LLP attorneys who have appeared will continue to represent Plaintiffs.

Respectfully submitted,

 */s/ Christine Ezzell Singer*
Christine Ezzell Singer
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY  10036
Telephone: (212) 596-9208
Fax: (212) 596-9090
Christine.Singer@ropesgray.com

*Attorney for Plaintiffs*

Dated:  April 3, 2018

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon all counsel of record via ECF electronic filing on April 3, 2018.

*/s/ Christine Ezzell Singer*
Christine Ezzell Singer