# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANE DOE NO. 1, JANE DOE NO. 2, and JANE DOE NO. 3,<br><br>Plaintiffs,<br><br>v.<br><br>BACKPAGE.COM, LLC, CARL FERRER, MICHAEL LACEY, and JAMES LARKIN,<br><br>Defendants. | Docket No. C.A. 17-cv-11069-LTS |

**ASSENTED-TO MOTION TO EXTEND TIME TO ANSWER COMPLAINT**

The undersigned counsel respectfully submit this motion to extend the Defendants' time to file an answer to the Plaintiffs' complaint from April 12, 2018 to April 26, 2018. In support of this motion, the undersigned counsel state that on Friday, April 6, 2018, certain of the defendants were arrested in connection with a federal indictment in the U.S. District Court for the District of Arizona. *See U.S. v. Lacey* et al, CR 18-00422-PHX-SPL. Consistent with their professional responsibilities, the undersigned counsel require additional time to permit them not only to attend to immediate exigencies caused by the proceedings in the District of Arizona, but also to permit counsel to ascertain the status of their representation of the Defendants in this action going forward.

2929791.v1

The Plaintiffs assent to the relief requested in this motion.

                    Respectfully submitted,

*/s/ Robert A. Bertsche*
Robert A. Bertsche (BBO #554333)
*rbertsche@princelobel.com*
Jeffrey J. Pyle (BBO #647438)
*jpyle@princelobel.com*
PRINCE LOBEL TYE LLP
One International Place, Suite 3700
Boston, Massachusetts 02110
Tel:  (617) 456-8018

Robert Corn-Revere (*pro hac vice*)
*bobcornrevere@dwt.com*
Ronald G. London (*pro hac vice*)
*ronnielondon@dwt.com*
DAVIS WRIGHT TREMAINE LLP
1919 Pennsylvania Avenue NW, Suite 800
Washington, D.C.  20006
Tel: (202) 973-4225

James C. Grant (*pro hac vice*)
*jimgrant@dwt.com*
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, WA  98101
Telephone:  (206) 622-3150

Dated:  April 11, 2018

## CERTIFICATE OF SERVICE

    I hereby certify that the within document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and by first-class mail to any non-registered participants.

                    */s/ Robert A. Bertsche*
                    Robert A. Bertsche

2929791.v1