UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANE DOE NO. 1, JANE DOE NO. 2, and JANE DOE NO. 3,<br><br>   Plaintiffs,<br><br>v.<br><br>BACKPAGE.COM, LLC, CARL FERRER, MICHAEL LACEY, and JAMES LARKIN,<br><br>   Defendants. | Docket No. 1:17-cv-11069-LTS |

## MOTION FOR LEAVE TO FILE EXHIBITS UNDER SEAL

Plaintiffs Jane Doe No. 1, Jane Doe No. 2, and Jane Doe No. 3 ("Plaintiffs") hereby request leave to file four (4) exhibits to Plaintiffs' First Amended Complaint (exhibits marked as C, D, R, and U; together, the "Exhibits") under seal. In support of this Motion, Plaintiffs state as follows:

1.  Defendants Backpage.com, LLC, Carl Ferrer, Michael Lacey, and James Larkin ("Defendants") and Plaintiffs (together, the "Parties") jointly moved this court to enter a Protective Order in the above-captioned matter (ECF No. 50), which this court granted on February 26, 2018 (ECF No. 51, 52).

2.  The Protective Order establishes a procedure to designate certain materials as "Confidential" or as "Highly Confidential." ECF No. 52 at 2, 3. Per the Protective Order, documents so designated cannot be disclosed to, *inter alia*, the general public. *Id*. at 6-7.

3.  Pursuant to this procedure, the Parties during limited discovery produced certain documents designated as "Confidential" and certain documents designated as "Highly Confidential."

4.     Exhibits C and D are discovery responses exchanged between the Parties, which are designated as "Confidential."  Exhibits R and U are documents produced by the Parties during discovery, which are designated either as "Confidential" or as "Highly Confidential."

**WHEREFORE**, Plaintiffs respectfully request leave to file the Exhibits under seal. Plaintiffs will promptly provide complete copies of the Exhibits to Defendants through an encrypted electronic file transfer to allow Defendants to review.

JANE DOE NO. 1, JANE DOE NO. 2, and JANE DOE NO. 3

Respectfully submitted,

/s/ _John T. Montgomery_
John T. Montgomery (BBO #352220)
Aaron M. Katz (BBO #662457)
Jessica L. Soto (BBO #683145)
Rebecca C. Ellis (BBO #685729)
Matthew D. LaBrie (BBO #693698)
ROPES & GRAY LLP
800 Boylston Street
Boston, MA  02199
T:  (617) 951-7000
Email:  john.montgomery@ropesgray.com
        aaron.katz@ropesgray.com
        jessica.soto@ropesgray.com
        rebecca.ellis@ropesgray.com
        matthew.labrie@ropesgray.com

Jolene L. Wang (*pro hac vice*)
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY  10036
T:  (212) 596-9000
Email:  jolene.wang@ropesgray.com

Dated:  April 11, 2018

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANE DOE NO. 1, JANE DOE NO. 2, and JANE DOE NO. 3,<br><br>Plaintiffs,<br><br>v.<br><br>BACKPAGE.COM, LLC, CARL FERRER, MICHAEL LACEY, and JAMES LARKIN,<br><br>Defendants. | Docket No. 1:17-cv-11069-LTS |

**[PROPOSED] ORDER**

Upon application of Plaintiffs Jane Doe No. 1, Jane Doe No. 2, and Jane Doe No. 3 ("Plaintiffs"), and for good cause shown,

**IT IS HEREBY ORDERED** this _____ day of _____, 2018, that Plaintiffs may file the exhibits marked as C, D, R, and U (the "Exhibits") to Plaintiffs' First Amended Complaint in the above-captioned matter under seal.

**IT IS FURTHER ORDERED** that Plaintiffs will promptly provide Defendants complete copies of the Exhibits within three (3) days of this Order.

**IT IS SO ORDERED.**


Dated: _____                              _____
                                                    HON. LEO T. SOROKIN
                                                    U,S, DISTRICT JUDGE
                                                    DISTRICT OF MASSACHUSETTS

## CERTIFICATE OF SERVICE

      I hereby certify that on this 11th day of April, 2018, this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated:  April 11, 2018

/s/ John T. Montgomery
John T. Montgomery