UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANE DOE NO. 1, JANE DOE NO. 2, and JANE DOE NO. 3, <br><br> Plaintiffs, <br><br> v. <br><br> BACKPAGE.COM, LLC, CARL FERRER, MICHAEL LACEY, and JAMES LARKIN, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) Docket No. 1:17-cv-11069-LTS ) ) ) ) ) ) ) |

**PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO
CONTINUE THE SCHEDULING CONFERENCE**

Plaintiffs Jane Doe No. 1, Jane Doe No. 2, and Jane Doe No. 3 ("Plaintiffs") respectfully submit this Opposition to Defendants' Motion to Continue the Scheduling Conference filed on May 1, 2018. Defendants seek a 30-day continuance of the May 7, 2018 scheduling conference per the Court's Notice of Scheduling Conference entered on March 29, 2018 (Doc. No. 55).

Though the circumstances may justify an extension of Defendants' time to answer the Amended Complaint, Plaintiffs submit that the Scheduling Conference should occur on May 7, 2018. First, Plaintiffs have complied with each obligation under Local Rule 16.1 and the terms of Fed. R. Civ. P. 16, and an extension would reward Defendants' failure to do so. Indeed, Defendants thus far have failed to communicate with Plaintiffs' counsel in any way regarding the interim steps contemplated by Local Rule 16.1 and Federal Rule 16, nor does their motion offer any excuse for their conduct. Whatever difficulties the recent circumstances may present, the failure to communicate with Plaintiffs' counsel or with the Court until now is not acceptable conduct. Moreover, Defendants' motion makes no reference to the role of Prince Lobel Tye

which apparently continues to represent all defendants. Second, and more importantly, the apparent internal maneuvering among Defendants and their counsel is a matter of considerable concern, and the Plaintiffs are entitled to reasonable assurance that the efficient resolution of this matter will not be compromised as a result. The involvement of the Court, and the imposition of a reasonable schedule, would assist in achieving that goal.

Therefore, Plaintiffs respectfully request that the Court deny Defendants' Motion to Continue the Scheduling Conference.

Dated: May 1, 2018          FOR JANE DOE NO. 1, JANE DOE NO. 2, and JANE DOE NO. 3

/s/ John T. Montgomery
John T. Montgomery (BBO #352220)
Aaron M. Katz (BBO #662457)
Jessica L. Soto (BBO #683145)
Rebecca C. Ellis (BBO #685729)
Matthew D. LaBrie (BBO #693698)
ROPES & GRAY LLP
800 Boylston Street
Boston, MA  02199
T:  (617) 951-7000
Email: john.montgomery@ropesgray.com
           aaron.katz@ropesgray.com
           jessica.soto@ropesgray.com
           rebecca.ellis@ropesgray.com
           matthew.labrie@ropesgray.com

Jolene L. Wang (*pro hac vice*)
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY  10036
T:  (212) 596-9000
Email: jolene.wang@ropesgray.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 1st day of May, 2018, this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

|  |  |
|---|---|
| Dated:  May 1, 2018 | /s/ John T. Montgomery<br>John T. Montgomery |