**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| JANE DOE NO. 1, JANE DOE NO. 2, and JANE DOE NO. 3, <br><br> Plaintiffs, <br><br> v. <br><br> BACKPAGE.COM, LLC, CARL FERRER, MICHAEL LACEY, and JAMES LARKIN, <br><br> Defendants. | Docket No. C.A. 17-cv-11069-LTS |

**MOTION TO WITHDRAW OF DAVIS WRIGHT TREMAINE LLP**

Pursuant to Local Rule 83.5.2, the undersigned counsel, James C. Grant, Robert Corn-Revere, and Ronald London, of the firm Davis Wright Tremaine LLP ("DWT"), hereby request leave of the Court to withdraw as counsel of record for defendants Backpage.com, LLC and Carl Ferrer. DWT is withdrawing from this representation based on professional considerations, and because of recent events and communications from Carl Ferrer, CEO of Backpage.com LLC. A copy of one such communication was filed with this Court on April 27, 2018. (Doc. No. 65). As a result of the foregoing, the undersigned have determined valid grounds exist such that they can no longer represent Backpage.com, LLC and Carl Ferrer. DWT does not move to withdraw from representation of defendants Michael Lacey and James Larkin.

The undersigned have notified Ferrer and Backpage.com, LLC, in writing, through independent counsel for Carl Ferrer, of their intent to withdraw from this representation. Movants understand that Mr. Ferrer may be contacted through Nanci L. Clarence, Clarence Dyer & Cohen LLP, 899 Ellis Street, San Francisco, CA 94109 (415-749-1800). The undersigned will serve a copy of this submission on Ferrer and Backpage.com, LLC concurrently with this filing.

Wherefore, for the reasons stated above, the undersigned attorneys respectfully request that they be granted leave to withdraw as counsel herein.

>Respectfully submitted,
>
>/s/ *Robert Corn-Revere*
>Robert Corn-Revere (*pro hac vice*)
>*bobcornrevere@dwt.com*
>Ronald G. London (*pro hac vice*)
>*ronnielondon@dwt.com*
>DAVIS WRIGHT TREMAINE LLP
>1919 Pennsylvania Avenue NW, Suite 800
>Washington, D.C.  20006
>Tel: (202) 973-4225
>
>James C. Grant (*pro hac vice*)
>*jimgrant@dwt.com*
>DAVIS WRIGHT TREMAINE LLP
>1201 Third Avenue, Suite 2200
>Seattle, WA  98101
>Telephone:  (206) 622-3150

Dated:  May 4, 2018

## CERTIFICATE OF SERVICE

I hereby certify that the within document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and by first-class mail to any non-registered participants.

>*/s/ Robert Corn-Revere*
>Robert Corn-Revere