# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANE DOE NO. 1, JANE DOE NO. 2, and JANE DOE NO. 3,<br><br>    Plaintiffs,<br><br>v.<br><br>BACKPAGE.COM, CARL FERRER, MICHAEL LACEY, and JAMES LARKIN,<br><br>    Defendants. | Civil Action No. 1:17-cv-11069-LTS |

## NOTICE OF APPEARANCE

Please enter my appearance on behalf of Defendants Michael Lacey and James Larkin as local counsel for Davis Wright Tremaine LLP. I certify that I am admitted to practice in this Court and registered to receive filings electronically.

BOOTH SWEET LLP

Dated: May 25, 2018

/s/ Dan Booth
Dan Booth (BBO# 672090)
32R Essex Street, Suite 1A
Cambridge, MA 02139
Telephone: (617) 250-8602
Facsimile: (617) 250-8883
dbooth@boothsweet.com

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document by using the Court's ECF system on this 25th day of May, 2018, thereby causing a true copy of said document to be served electronically upon counsel of record for each other party.

/s/ Dan Booth