UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| JANE DOE NO. 1, JANE DOE NO. 2, and JANE DOE NO. 3,<br><br>        Plaintiffs,<br><br>    v.<br><br>BACKPAGE.COM, LLC, CARL FERRER, MICHAEL LACEY, and JAMES LARKIN,<br><br>        Defendants. | Docket No. 1:17-cv-11069-LTS |

## REQUEST FOR ENTRY OF DEFAULT

Plaintiffs Jane Doe No. 1, Jane Doe No. 2, and Jane Doe No. 3 (collectively, "Plaintiffs") respectfully request that the Clerk enter an order of default against Defendants Backpage.com, LLC and Carl Ferrer, on the basis that the record in this case demonstrates that there has been a failure to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure. In support of this request, Plaintiffs submit the Declaration of Jessica L. Soto, appended hereto as <u>Exhibit A</u>. A proposed form of Notice of Default is appended hereto as <u>Exhibit B</u>.

JANE DOE NO. 1, JANE DOE NO. 2, and JANE DOE NO. 3

Respectfully submitted,

 /s/  John T. Montgomery
John T. Montgomery (BBO #352220)
Aaron M. Katz (BBO #662457)
Jessica L. Soto (BBO #683145)
Rebecca C. Ellis (BBO #685729)
Matthew D. LaBrie (BBO #693698)
ROPES & GRAY LLP
800 Boylston Street
Boston, MA 02199
T: (617) 951-7000
Email: john.montgomery@ropesgray.com
           aaron.katz@ropesgray.com
           jessica.soto@ropesgray.com
           rebecca.ellis@ropesgray.com
           matthew.labrie@ropesgray.com

Jolene L. Wang (*pro hac vice*)
ROPES & GRAY LLP
1121 Avenue of the Americas
New York, NY 10036
T: (212) 596-9000
Email: jolene.wang@ropesgray.com

Dated: June 18, 2018

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of June, 2018, this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants.

Dated:  June 18, 2018

/s/ John T. Montgomery
John T. Montgomery