**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JANE DOE NO. 1, JANE DOE NO. 2, and JANE DOE NO. 3, <br><br> Plaintiffs, <br><br> v. <br><br> BACKPAGE.COM, LLC, CARL FERRER, MICHAEL LACEY, and JAMES LARKIN, <br><br> Defendants. | Docket No. C.A. 17-cv-11069-LTS |

**CERTIFICATION ON WITHDRAWAL OF COUNSEL**

Pursuant to the Court's Order on Motion to Withdraw (Dkt. 81), the undersigned hereby certifies that they reviewed the Order separately with each of their clients, Michael Lacey and James Larkin. Counsel discussed the potential issues posed by Davis Wright Tremaine LLP's continuing representation, including those involving potentially deposing Carl Ferrer and/or his being a potential trial witness, and advised them regarding obtaining separate independent counsel with respect to all issues set forth in the Court's Order. Counsel hereby certifies that, so informed, each of Defendants Lacey and Larkin have elected to proceed with Davis Wright Tremaine LLP continued to serve among their counsel in this case.

Dated:  July 11, 2018

        Respectfully submitted,

        /s/ *Robert Corn-Revere*
        Robert Corn-Revere (*pro hac vice*)
        *bobcornrevere@dwt.com*
        Ronald G. London (*pro hac vice*)
        *ronnielondon@dwt.com*
        DAVIS WRIGHT TREMAINE LLP
        1919 Pennsylvania Avenue NW, Suite 800
        Washington, DC  20006
        Tel:  (202) 973-4225

James C. Grant (*pro hac vice*)
*jimgrant@dwt.com*
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, WA  98101
Tel:  (206) 622-3150

*Counsel for Defendants Michael Lacey
and James Larkin*

# CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2018, the foregoing document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and by first-class mail to any non-registered participants.

*/s/ Robert Corn-Revere*
Robert Corn-Revere

2