**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JANE DOE NO. 1, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> BACKPAGE.COM, LLC, CARL FERRER, MICHAEL LACEY, and JAMES LARKIN, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Docket No. C.A. 17-cv-11069-LTS <br> ) <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF INTENT TO WAIVE RIGHT TO SEEK LEAVE TO REPLY**
**TO OPPOSITION TO MOTION TO STAY PROCEEDINGS**

Defendants Michael Lacey and James Larkin (collectively, "Movants"), hereby notify the Court that, without conceding Plaintiffs' citation to or application of case law in their Opposition (ECF 87) to the Motion to Stay Proceedings (ECF 86), or agreeing with the Opposition's aspersions and opprobrium, or characterizations of this proceeding or of any other, Movants do not object, as indicated in the alternative relief stated in their Motion, to entry of a stay of this case as to Messrs. Lacey and Larkin, that allows the matter to proceed as to Defendants Backpage.com, LLC, and Carl Ferrer, as Plaintiffs propose in their Opposition. No reply to the Opposition is thus required or anticipated.

Date:  August 10, 2018

                                                 Respectfully submitted,

                                                 /s/ *Robert Corn-Revere*
                                                 Robert Corn-Revere (*pro hac vice*)
                                                 *bobcornrevere@dwt.com*
                                                 Ronald G. London (*pro hac vice*)
                                                 *ronnielondon@dwt.com*
                                                 DAVIS WRIGHT TREMAINE LLP
                                                 1919 Pennsylvania Avenue NW, Suite 800
                                                 Washington, DC  20006
                                                 Tel:  (202) 973-4225

James C. Grant (*pro hac vice*)
*jimgrant@dwt.com*
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, WA  98101
Tel:  (206) 622-3150


*/s/ Dan Booth*
Dan Booth (MA Bar No. 672090)
*dbooth@boothsweet.com*
BOOTH SWEET LLP
32R Essex Street #1A
Cambridge, MA 02139
Tel:  (617) 250-8629

*Counsel for Defendants Michael Lacey
and James Larkin*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 10, 2018, the foregoing document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and by first-class mail to any non-registered participants.

                                              */s/ Robert Corn-Revere*
                                              Robert Corn-Revere