UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DOE NO 1, ET AL., )<br>      Plaintiffs, )<br>  v. )<br> )<br>BACKPAGE.COM LLC, ET AL., )<br>      Defendants. )<br> ) | CIVIL ACTION<br>NO.: 1:17-cv-11069-LTS |

**BACKPAGE.COM LLC'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Backpage.com LLC respectfully submits its Corporate Disclosure Statement.

Backpage.com LLC is a Delaware company with its parent companies being: IC Holdings LLC, Dartmoor Holdings LLC, Atlantische Bedrijven CV, Lupine Holdings LLC, Kickapoo River Investments LLC, Amstel River Holdings LLC. No publicly held corporation owns ten percent (10%) or more of Backpage.com LLC's stock.

                                        Respectfully Submitted,

                                        For defendant,
                                        BACKPAGE.COM LLC
                                        By their attorney:

Date: August 29, 2018                  s/ William H. Connolly
                                                  William H. Connolly
                                                  BBO # 634501
                                                  20 Park Plaza, Suite 1000
                                                  Boston, MA 02116
                                                  617-542-0200
                                                  whc@williamconnollylaw.com

<u>Certificate of Service</u>

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF (NEF) and paper copies will be sent to those indicated as non registered participants on August 29, 2018.

<u>/s/ William H. Connolly</u>

# 2575033 v1